UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

JOHN LIVIGNI,

Defendant.

S3 25cr484-3(DLC)

ORDER

DENISE COTE, District Judge:

On August 13, 2026, a grand jury in this district returned a superseding indictment. Accordingly, it is hereby

ORDERED that an arraignment on the S3 indictment is scheduled for August 20, 2026 at 11:00 AM in Courtroom 18B, 500 Pearl Street.

Dated: New York, New York
August 14, 2026

DENISE COTE
United States District Judge