**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, NY 10278*

August 23, 2026

**By ECF**
Hon. Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *United States v. John Livigni*, S3 25 Cr. 484 (DLC)**

Dear Judge Cote:

The Government writes in brief response to the defendant's motion for an extension of time to file an expert disclosure for Dr. Stacey Hail. (Dkt. 251.) The Government does not object to the defense's request for leave to file such a disclosure and to pursue calling Dr. Hail as a witness at trial. Because Dr. Hail is a private individual, however (not a law enforcement officer or government employee), the Government has no ability to "make [her] reasonably available for Defense preparation." (*Id.* at 7.) Rather, the defense is free to engage with and retain Dr. Hail in the ordinary course.[1]

With the Government's consent, the defendant may call Dr. Hail as a defense expert.
Denise Cote
8/24/26

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: /s
Remy Grosbard
Adam Z. Margulies
Lauren E. Phillips
Frank J. Balsamello
Assistant United States Attorneys
(212) 637-2345/-2446 /-2231/-2325

cc: counsel of record (by ECF)

[1] Although the defendant's motion suggests some impropriety in the timing of the Government's disclosure of Dr. Hail's notes in its production of 3500 material more than three weeks before trial, the motion itself proves that the defendant has ample opportunity to make effective use of the disclosed information in his defense case. That the Government had already alerted the defense to Dr. Hail's preliminary opinion more than two and a half weeks ago further demonstrates the Government's good faith compliance with its obligations in this matter.