UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------- X

UNITED STATES OF AMERICA

-v-

JOHN LIVIGNI,

Defendant.

--------------------------------------- X

S3 25cr484-3(DLC)

ORDER

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the final pretrial conference in this matter scheduled for August 28 is moved to **August 27, 2026 at 10:00 AM** in Courtroom 18B, 500 Pearl Street.

Dated: New York, New York
August 24, 2026

DENISE COTE
United States District Judge