UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

UNITED STATES OF AMERICA

v.

JOHN LIVIGNI

Defendant.

---------------------------------------------------------X

**ORDER**

25 Cr. 484 (DLC)

BEFORE: THE HONORABLE DENISE L. COTE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

Based upon the letter application submitted by defense counsel,

**IT IS HEREBY ORDERED**, that the United States Marshals Service accept the following clothing for defendant John Livigni for a jury trial commencing on September 14, 2026:

1. 3 sweaters (black, beige, navy)
2. 3 pairs of dress pants (khaki and navy)
3. 5 button-down shirts (blue, white, striped)
5. 1 pair of brown shoes
6. 5 pairs of socks (assorted colors)

**IT IS FURTHER ORDERED**, that the United States Marshals Service accept the identified clothing from Elena Fast, Esq., Michael Perkins, Esq., Trial Paralegal Luis Hernandez, or any representative of The Fast Law Firm, P.C., on a date before September 14, 2026, along with a copy of this Order.

**IT IS FURTHER ORDERED**, that the United States Marshals Service accept clean replacement clothing or substitute clothing as needed during the trial and make the clothing available to Mr. Livigni on the morning of each trial date before he is transported to Court. The trial is expected to last approximately two weeks.

Dated: August 25, 2026

Denise Cote
The Honorable Denise L. Cote
United States District Judge
Southern District of New York